DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar # 151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
IVAN SANABRIA-ARCHIGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cr-00370 OWW |
| Plaintiff, | *AMENDED* STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | |
| IVAN SANABRIA-ARCHIGA, | Date: January 20, 2009 |
| Defendant. | Time: 9:00 A.M.<br>Dept : Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for December 15, 2008, **may be continued to January 20, 2009, at 9:00 A.M.**

This continuance is requested by counsel for the defendant to allow additional time for on-going investigation by both parties and to allow time for receipt of a presentence report which will enable plea negotiation by the parties and preparation of a plea offer prior to hearing. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2    justice, including but not limited to, the need for the period of time set forth herein for further defense
3    preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                    McGREGOR W. SCOTT
                                                    United States Attorney

DATED: December 9, 2008            /s/ Ian Garriques
                                   IAN GARRIQUES
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


                                   DANIEL J. BRODERICK
                                   Federal Defender

DATED: December 9, 2008            /s/ Rachel W. Hill
                                   RACHEL W. HILL
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   IVAN SANABRIA-ARCHIGA

## O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).
IT IS SO ORDERED.

**Dated:   December 10, 2008**            **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE