**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 1:08-cr-00370-AWI-1 |
| Plaintiff, | |
| v. | **ORDER PERMITTING THE UNITED STATES ATTORNEY AND UNITED STATES PROBATION TO RESPOND TO DEFENDANT'S MOTION FOR FINAL DISPOSITION OF SUPERVISED RELEASE** |
| **IVAN SANABRIA-ARCHIGA**, | |
| Defendant. | |
| | **ORDER GRANTING DEFENDANT'S MOTION TO SET A BRIEFING SCHEDULE** |
| _____/ | (Docs. 15, 16) |

On January 27, 2014, Defendant filed a motion "for final disposition of supervised release violation." Defendant's sentencing before this Court took place on January 22, 2009. He was sentenced to term of imprisonment of 46 months with a trailing 36-month term of supervised release. Subsequent to his release from his term of imprisonment, and while on supervised release, Defendant was convicted of attempted reentry of a removed alien in violation of 8 U.S.C. § 1326. *See United States v. Ivan Sanabria-Archiga*, Case No. 3:13-cr-1041-BTM (S.D. Cal Oct. 31, 2013). Judge Moskowitz of the Southern District sentenced Defendant to a term of imprisonment of 51 months. *Id.* at Doc. 31. Defendant is presently incarcerated at

Herlong FCI in Herlong, California, with an expected release date of November 3, 2016. The United States Attorney for this District has filed no petition alleging a violation of supervised release against Defendant. The Court is inclined to terminate any remaining term of supervised release. *See United States v. Emmett,* 749 F.3d 717, 819 (9th Cir. 2014) (citing 18 U.S.C. 3583(e)(1)) ("[d]istrict courts [have] broad discretion in determining whether to grant a motion to terminate supervised release.") However, the Court will give the United States Attorney's Office and the United States Probation Office an opportunity to file a response to Defendant's motion within forty five days of the date of this order. If neither office files a response, or if no objection is made, this Court will terminate any remaining term of supervised release related to Case No. 1:08-cr-00370-AWI-1.

IT IS SO ORDERED.

Dated:   August 20, 2015                              _____
                                                      SENIOR DISTRICT JUDGE