IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 1:08-cr-00370-AWI-1 |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE** |
| **IVAN SANABRIA-ARCHIGA**, | |
| Defendant. | (Doc. 15) |

_____/

On August 20, 2015, this Court issued an order permitting the United States Attorney and United States Probation to respond to Defendant's motion for termination of supervised release. Doc. 17. On the same date, the United States Attorney's Office responded, indicating that it had consulted with Probation and that neither entity seeks to file a petition for violation of supervised release. Doc. 19. It further indicated that it does not oppose termination of supervised release. *Id*.

In light of the factors set out in 18 U.S.C. § 3553(a), because the Defendant is now serving an new term of imprisonment, because the Defendant will be deported after his term of imprisonment, and because neither the United States Attorney nor United States Probation object

1

to termination of term of supervised release imposed by this Court in Case No. 08-cr-00370-AWI-1, this Court exercises its discretion to terminate any remaining term of supervised release previously imposed by this Court as to this Defendant. *See United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014).

IT IS SO ORDERED.

Dated:   August 25, 2015                                    _____
                                                            SENIOR  DISTRICT  JUDGE